FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Jul 24, 2023

OFFICE OF THE CLERK

AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

El Dorado Division

| | |
|---|---|
| In the Matter of the Search of: **INFORMATION ASSOCIATED WITH Contents of files submitted in connection With CyberTipline Reports #157183751, 158812207, 158849624, 158853023, 158853243, 158853318, 158943537, 158943645, 159211255, 159267326, 159354661, 159355513, 159383104, 159940655, 160400818, and 160416365 currently in the custody of Internet Crimes Against Children Date System in El Dorado, Arkansas.** | Case No.   1:23-cm-23 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):* **See Attachment "A"**

located in the _____ Western _____ District of _____ Arkansas _____ , there is now concealed *(identify the person or describe the property to be seized):* **See Attachment "B"**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt and Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography or Access with Intent to View Child Pornography |
| 18 U.S.C. § 2252A(a)(4)(B) | Selling or Intent to Sell Child Pornography |

The application is based on these facts:

- ☑ Continued on the attached sheet. **See Affidavit of FBI Special Agent Warren W. Rooney.**
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/S/* Warren W Rooney (telephonically)

*Applicant's signature*

Warren W. Rooney, FBI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 24, 2023

*Judge's signature*

City and state: ~~El Dorado, Arkansas~~ Texarkana

Barry A. Bryant, United States Magistrate Judge

*Printed name and title*

## ATTACHMENT A

## <u>DESCRIPTION OF LOCATION TO BE SEARCHED</u>

Content of files uploaded in connection with NCMEC CyberTipline Report Numbers 157183751, 158812207, 158849624, 158853023, 158853243, 158853318, 158943537, 158943645, 159211255, 159267326, 159354661, 159355513, 159383104, 159940665, 160400818, and 160416365 (hereinafter and in Attachment B the "Files"), currently held by the Internet Crimes Against Children Data System in El Dorado, Arkansas.

**ATTACHMENT B**

## DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

For the Files listed and described in Attachment A, the following items, that constitute evidence of the commission of, contraband, the fruits of crime, or instrumentalities of violations of Title 18, United States Code, Section 2252A(a)(2), Title 18, United States Code, Section 2252A(a)(5)(B), and Title 18, United States Code, Section 2252A(a)(4)(B):

1.  Images or visual depictions of child pornography.

2.  Any and all information, notes, documents, records, or correspondence, in any format or medium, pertaining to child pornography or sexual activity with or sexual interest in minors.

3.  Any and all information, documents, records, photos, videos, or correspondence, in any format or medium, pertaining to use or ownership of the File(s), or that aid in the identification of persons involved in violations of the above-referenced statutes.

4.  Any and all information, documents, records, photos, videos, or correspondence, in any format or medium, pertaining to the intent to sell or the sale of child pornography, or that aid in the identification of persons involved in violations of the above-referenced statutes.

### DEFINITIONS:

1.  As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer data or electronic storage; any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as digital image files; microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

2.  "Child Pornography" is defined in 18 U.S.C. § 2256(8), which includes as any visual depiction of sexually explicit conduct involving the use of a minor; a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaged in sexually explicit conduct; or a visual depiction that has been created, adapted, or modified to appear than an identifiable minor is engaging in sexually explicit conduct.

3.  "Visual depiction" includes prints, copies of visual images, developed and undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image.  See 18 U.S.C. § 2256(5).

2

## AFFIDAVIT IN SUPPORT OF
## <u>AN APPLICATION FOR A SEARCH WARRANT</u>

I, Warren W. Rooney, a Special Agent with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

### <u>INTRODUCTION AND AGENT BACKGROUND</u>

1.     I make this affidavit in support of an application for a search warrant for the files submitted in connection with National Center for Missing and Exploited Children ("NCMEC") CyberTipLine ("CT") reports (more fully described in Attachment A), and the data located therein, there being probable cause to believe that located in the places described in Attachment A are items described in Attachment B, being evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2252A(a)(2), Receipt and Distribution of Child Pornography; Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography or Access with Intent to View Child Pornography; and Title 18, United States Code, Section 2252A(a)(4)(B), Selling or Intent to Sell Child Pornography.

2.     I have been employed as a Special Agent (SA) of the FBI since July 2022. I was previously employed as a Commissioned Officer in the United States Marine Corps. I am currently assigned to the El Dorado Resident Agency of the Little Rock Division within the FBI. During my employment with the FBI, I have received training concerning and been involved in the investigations of numerous federal offenses to include violations of violent crimes against children involving human trafficking, enticement, child prostitution, and production of child pornography.

3.     The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended

to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.     Based on my training and experience and the facts as set forth in this Affidavit, there is probable cause to believe alleged violations of Title 18, United States Code, Section 2252A(a)(2), Receipt and Distribution of Child Pornography, Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography or Access with Intent to View Child Pornography, and Title 18, United States Code, Section 2252A(a)(4)(B), Selling or Intent to Sell Child Pornography. relating to material involving the sexual exploitation of minors, which has been defined in Title 18, United States Code, Section 2256, as an individual under 18 years of age are contained within NCMEC CT Reports: 157183751, 158812207, 158849624, 158853023, 158853243, 158853318, 158943537, 158943645, 159211255, 159267326, 159354661, 159355513, 159383104, 159940665, 160400818, and 160416365.  There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

## STATUTORY AUTHORITY

5.     This investigation concerns alleged violations of Title 18, United States Code, Section 2252A(a)(2), Receipt and Distribution of Child Pornography; Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography or Access with Intent to View Child Pornography; and Title 18, United States Code, Section 2252A(a)(4)(B), Selling or Intent to Sell Child Pornography.

      a.     Title 18, United States Code, Section 2252A(a)(2) prohibits a person from knowingly receiving or distributing any material that contains child pornography using any means or facility of interstate or foreign commerce or that has been mailed or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

2

b. Title 18, United States Code, Section 2252A(a)(5)(B) prohibits a person from knowingly possessing  or knowingly accessing with intent to view, any book, magazine, periodical, film, video-tape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

c. Title 18, United States Code, Section 2252A(a)(4)(B) prohibits a person from knowingly selling or possessing with the intent to sell any child pornography that has been mailed, or shipped or transported using any means or facility of interstate commerce or in or affecting interstate or foreign commerce by any means, including by computer.

d. The term "minor," as defined in Title 18, United States Code, Section 2256(1), refers to any person under the age of eighteen years.

e. The term "sexually explicit conduct," Title 18, United States Code, Section 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

f. The term "visual depiction," as defined in Title 18, United States Code, Section 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

g. The term "computer," as defined in Title 18, United States Code, Section 1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

h. The term "child pornography," as defined in Title 18, United States Code, Section 2256(8), means any visual depiction, including any photograph, film, video, picture, or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where (a) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (b) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (c) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually

3

explicit conduct.

## PROBABLE CAUSE

6.      The National Center for Missing and Exploited Children ("NCMEC") is an

organization that, among other things, tracks missing and exploited children, and serves as a

repository for information about child pornography.  Companies that suspect child pornography

has been stored or transmitted on their systems can report that information to NCMEC in a

CyberTipLine ("CT") report.  To make such a report, a company providing services on the internet

("ISP") can go to an online portal that NCMEC has set up for the submission of these tips.  The

ISP then can provide to NCMEC information about the child exploitation activity it believes has

occurred, including the incident type, the incident time, any screen or usernames associated with

the activity, any IP address or port numbers it captured, as well as other information it may have

collected in connection with the suspected criminal activity.  Other than the incident type and

incident time, the remainder of the information the ISP provides is voluntary and undertaken at the

initiative of the reporting ISP.  The ISP may also upload to NCMEC any files it collected in

connection with the activity.  The ISP may or may not independently view the content of the files

it uploads.  NCMEC does not review the content of these uploaded files.  Using publicly available

search tools, NCMEC then attempts to locate where the activity occurred based on the information

the ISP provides such as IP addresses.  NCMEC then packages the information from the ISP along

with any additional information it has, such as previous related Cyber Tips, and sends it to law

enforcement in the jurisdiction where the activity is thought to have occurred.

7.      I know from my training and experience that the ISP flags and reports images or

files that have the same "hash values" (MD5) as images that have been reviewed and identified by

NCMEC or by law enforcement as child pornography.  A hash value is akin to a fingerprint for a

file. The contents of a file are processed through a cryptographic algorithm, and a unique numerical value – the hash value - is produced that identifies the unique contents of the file. If the contents are modified in any way, the value of the hash will also change significantly. I know from my training and experience that the chances of two files with different content having the same hash value are infinitesimal.

8.      Here, I know from my training and experience that the ISP compares the hash values of files that its customers transmit on its systems against a library of hash values containing previously reviewed and identified child pornography files. If the ISP finds that a hash value of a file on its systems matches one in the library, it captures the file along with information about the user who posted, possessed, or transmitted it on the ISP's systems.

9.      I also know that the ISP uses PhotoDNA. PhotoDNA is a software technology developed by Microsoft that computes hash values of images, video and audio files to identify alike images. PhotoDNA is primarily used in the prevention of child pornography proliferation.

10.     On or about April 17, 2023, an FBI Task Force Officer (TFO) received CT Report 151531481 from NCMEC pertaining to flagged online incidents that are believed to involve the possession, distribution, and/or sale of child pornography. The flagged incidents were submitted by Twitter with date ranges from approximately January 6, 2023, to January 9, 2023, all associated with the same online user or screen name of PytThot_ and email address of manpoopy02@gmail.com.

11.     Pursuant to a state search warrant signed by 13th Judicial District Court Judge Spencer Singleton on or about April 19, 2023, the TFO downloaded the contents of CT Report 151531481 on or about April 27, 2023. I then reviewed the contents of CT Report 151531481 on or about June 21, 2023. During the review, I observed one video which depicted apparent child

5

pornography as defined by Title 18, United States Code, Section 2256(8).  The following is a description of the video file as observed:

        a.  A video, approximately six seconds (0:06) in length, depicting what appears to be two females: one approximately 15-17 years of age, and a pre-pubescent minor female, approximately 7 to 9 years of age.  The older female can be observed, clothed but simulating penile-oral sex with a sex toy commonly referred to as a "dildo".  The pre-pubescent minor female enters the camera frame, clothed, and also begins to simulate penile-oral sex with a sex toy commonly referred to as a "dildo".  Also included in the video is a "Shh" emoji superimposed over the pre-pubescent minor female's face when she has the device inserted into her mouth, and text reading "Kik: TopFL_".

12.    From my training and experience, I know that the "Shh" emoji is commonly used by individuals possessing child pornography to imply they have illicit material.  Additionally, I know that "PYT" in this context likely means "Pretty Young Thing", which is commonly used by individuals with child pornography to discuss or advertise child pornography without alerting law enforcement.

13.    I know that NCMEC used publicly available search tools to discover that the registration IP address the ISP reported resolved to Camden, Arkansas, which is in the Western District of Arkansas.  Pursuant to a Prosecutor's Subpoena issued by Arkansas Prosecutor Jeffrey C. Rogers on or about May 10, 2023, AT&T provided the TFO with the following subscriber information for the registration IP address:

        a.  **Name:** Kendra Gaston

        b.  **Home Address**: XXXX Mount Holly Road, Camden, Arkansas, 71701

        c.  **Cellular Telephone**: XXX-XXX-6049

d. **Personal Email**: MRSKGASTON2013@GMAIL.COM

**Additional NCMEC Reports**

14.     During the review of CT Report 151531481, I saw that NCMEC associated 16 other CT reports with the user in CT Report 151531481 through the recurring IP address 104.14.58.96. I currently have CT Reports 157183751, 158812207, 158849624, 158853023, 158853243, 158853318, 158943537, 158943645, 159211255, 159267326, 159354661, 159355513, 159383104, 159940665, 160400818, and 160416365, along with the unopened content of the files that the ISP uploaded in connection with each of the Cyber Tips. In addition to the common IP address found in these CTs, the accounts use an image of Giancarlo Esposito, a widely-known American actor, as the profile picture, and there are recurring references in the CT information including the following: the name Poopy Man, or some variation thereof; selling "pyt"; ten-dollar price; TopFl; and indication of multiple accounts. These are included with particularity within the separate CT listings below.

15.     Cyber Tipline Report 157183751 was submitted by Twitter to NCMEC on or about March 6, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 12-27-2022 03:04:14 UTC
**Email Address**: manpoopy369@gmail.com
**Screen/User Name**: PytProvider3
**Additional Information**: User-provided account information:
       Full Name:  Poopy Man
       Description: "3rd Account. Pyt just 10 dollars y'all tap in. http://t.me/TopFl"
**Number of Uploaded Files**: 4

**Uploaded File (1)**
Title: PytProvider3-1607569515172319232-2023-03-05-01-50-09-48882856.zip
Information about review not provided by ESP

**Uploaded File (2)**
Title: UW2eMcJk-KYNFhb2.mp4
Reviewed by ESP

Video Description: A five second (0:05) video of a minor female, approximately 11 to 13 years old, dancing while wearing a t-shirt and underwear. The video does not appear to meet the definition of child pornography.

**Uploaded File (3)**
Title: TBJ-PInqz_d2kGD.mp4
Reviewed by ESP
Video Description: A two second (0:02) video of a minor female, approximately 11 to 13 years old. In the video, only the female's upper body can be seen; the female is nude and touching her breasts. Superimposed over the video are texts reading, "Full vid: 10 minutes" and "Telegram: TopFL".

**Uploaded File (4)**
Title: Fk9mz2-XEAADxCv.jpg
Reviewed by ESP
Photo Description: A screenshot of a minor female, approximately 6 to 8 years old, and an adult. In the photograph, the minor female can be seen lying on her side wearing a purple shirt with multi-colored dots and nothing from the waist-down. The adult appears to be performing oral-vaginal sex on the minor female. The photograph has been edited with the minor female's vagina and the adult's tongue colored over, obscuring the depiction of an overt sexual act. Additionally, the bottom of the screenshot appears to depict thumbnails of other photographs of genitalia, but those too have been colored over to obscure their contents.

**Webpage/URL**
URL: https://twitter.com/PytProvider3/status/1607573040337928192
Additional Information: Type: Tweet
Text: Got some crazy young shit y'all tap in. #ebonypyt #backshots #freakyteen #pyt #thot #ebonyteen #ebony #youngpyt #nakedtwerking #thickteen #teen #freakymood #freakyebony #masturbastion #facial #young https://t.co/NXgY7HhQGl
Created At: 2022-12-27T03:04:14+00:00

**Webpage/URL**
URL: https://twitter.com/PytProvider3/status/1607626687113752576
Additional Information: Type: Tweet
Text: More of this for 10dollars, y'all tap in. #ebonypyt #backshots #freakyteen #pyt #thot #ebonyteen #ebony #youngpyt #nakedtwerking #thickteen #teen #freakymood #freakyebony #masturbastion #facial #young #TopFl https://t.co/gPqWpIPxJW
Created At: 2022-12-27T06:37:25+00:00

**Webpage/URL**
URL: https://twitter.com/PytProvider3/status/1607616648466554880
Additional Information: Type: Tweet
Text: Hit my Telegram to buy rare content like this 10 dollars cheap #ebonypyt #backshots #freakyteen #pyt #thot #ebonyteen #ebony #youngpyt #nakedtwerking #thickteen #teen #freakymood #freakyebony #masturbastion #facial #young #TopFl https://t.co/dliz1AiPI3
Created At: 2022-12-27T05:57:31+00:00

16.     Cyber Tipline Report 158812207 was submitted by Twitter to NCMEC on or about

March 17, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 03-03-2023 22:48:19 UTC
**Email Address**: lalalalppop@gmail.com
**Screen/User Name**: PytProvider2
**Additional Information:** User-provided account information:
    Full Name: Gus
    Description: "Originally @PytProvider, 2nd account. Hit my telegram to get pyt for 10
    dollars. http://t.me/TopFl"
**Number of Uploaded Files**: 2

**Uploaded File (1)**
Title: PytProvider2-1499517015274532867-2023-03-17-18-42-23-49723219.zip
Information about review not provided by ESP

**Uploaded File (2)**
Title: eS1WhWQZ.jpg
Reviewed by ESP
Photo Description: An image which appears to be the Twitter user's profile picture.  This image
does not meet the definition of child pornography.

17.     Cyber Tipline Report 158849624 was submitted by Twitter to NCMEC on or about

March 17, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 12-18-2022 07:30:21 UTC
**Email Address**: dfrazierjr2006@icloud.com
**Screen/User Name**: PytProvider
**Additional Information:** User-provided account information:
    Full Name:  Poopy Man
    Description: "Just a Young nigga tryna make help folks out. Dm me for prices.
    http://t.me/TopFl"
**Number of Uploaded Files**: 2

**Uploaded File (1)**
Title: PytProvider-1604378476685000704-2023-03-17-23-54-24-49751310.zip
Information about review not provided by ESP

**Uploaded File (2)**
Title: WvrTjQO-.jpg
Reviewed by ESP

9

Photo Description: An image which appears to be the Twitter user's profile picture. This image does not meet the definition of child pornography. This picture is the same as the other suspected profile pictures in the above-referenced CT Report.

18.     Cyber Tipline Report 158853023 was submitted by Twitter to NCMEC on or about

March 18, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 01-03-2023 11:10:57 UTC
**Email Address**: lerwlarry@gmail.com
**Screen/User Name**: RealPytProvider
**Additional Information:** User-provided account information:
    Full Name:  Poopy Man
    Description:  "New no limit group chat for sell https://t.me/+ki8E_h7jUMlhYjUx dm
    http://t.me/TopFl to buy content"
**Number of Uploaded Files**: 2

**Uploaded File (1)**
Title: RealPytProvider-1610232185285402625-2023-03-18-00-36-33-49755168.zip
Information about review not provided by ESP

**Uploaded File (2)**
Title: 7qbw0egr.jpg
Reviewed by ESP
Photo Description: An image which appears to be the Twitter user's profile picture. This image does not meet the definition of child pornography. This picture is the same as the other suspected profile pictures in the above-referenced CT Reports.

19.     Cyber Tipline Report 158853243 was submitted by Twitter to NCMEC on or about

March 18, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 01-06-2023 16:18:10 UTC
**Email Address**: poopyman638@gmail.com
**Screen/User Name**: BestNoLimitPyt
**Additional Information:** User-provided account information:
    Full Name:  Poopy Man
    Description: "Dm me on kik to buy files for a low price http://kik.me/TopFl_"
**Number of Uploaded Files**: 2

**Uploaded File (1)**
Title: BestNoLimitPyt-1611396654732558352-2023-03-18-00-38-41-49755304.zip
Information about review not provided by ESP

10

**Uploaded File (2)**
Title: y6vgdTPJ.jpg
Reviewed by ESP
Photo Description: An image which appears to be the Twitter user's profile picture. This image does not meet the definition of child pornography. This picture is the same as the other suspected profile pictures in the above-referenced CT Reports.

      20.    Cyber Tipline Report 158853318 was submitted by Twitter to NCMEC on or about

March 18, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 12-30-2022 04:09:34 UTC
**Email Address**: manpoopy063@gmail.com
**Screen/User Name**: PytProducer
**Additional Information** User-provided account information
      Full Name: Poopy Man
**Number of Uploaded Files**: 2

**Uploaded File (1)**
Title: PytProducer-1608676615118094336-2023-03-18-00-37-59-49754838.zip
Information about review not provided by ESP

**Uploaded File (2)**
Title: 3Fyvk2ss.jpg
Reviewed by ESP
Photo Description: An image which appears to be the Twitter user's profile picture. This image does not meet the definition of child pornography. This picture is the same as the other suspected profile pictures in the above-referenced CT Reports.

      21.    Cyber Tipline Report 158943537 was submitted by Twitter to NCMEC on or about

March 18, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 12-28-2022 13:27:21 UTC
**Email Address**: mpoopy39@gmail.com
**Screen/User Name**: PytProvider6
**Additional Information:** User-provided account information:
      Full Name: Poopy Man
      Description: "y'all dm me to buy content, http://t.me/TopFl 6th account"
**Number of Uploaded Files**: 2

**Uploaded File (1)**
Title: PytProvider6-1608092209777188866-2023-03-18-21-21-35-49844156.zip
Information about review not provided by ESP

**Uploaded File (2)**
Title: bZzqqB5d.jpg
Reviewed by ESP
Photo Description: An image which appears to be the Twitter user's profile picture. This image does not meet the definition of child pornography. This picture is the same as the other suspected profile pictures in the above-referenced CT Reports.

22.    Cyber Tipline Report 158943645 was submitted by Twitter to NCMEC on or about

March 18, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 01-01-2023 06:12:43 UTC
**Email Address**: manpoopy08@gmail.com
**Screen/User Name**: PytProducer2
**Additional Information:** User-provided account information:
       Full Name: Poopy Man
       Description: "Join this group to buy my megas http://t.me/+jYuXxf5fNHs3ZGVh"
**Number of Uploaded Files**: 2

**Uploaded File (1)**
Title: PytProducer2-1609432373380222976-2023-03-18-21-22-52-49844280.zip
Information about review not provided by ESP

**Uploaded File (2)**
Title: IhTnufog.jpg
Reviewed by ESP
Photo Description: An image which appears to be the Twitter user's profile picture. This image does not meet the definition of child pornography. This picture is the same as the other suspected profile pictures in the above-referenced CT Reports.

23.    Cyber Tipline Report 159211255 was submitted by Twitter to NCMEC on or about

March 22, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 02-24-2023 18:58:30 UTC
**Email Address**: topfltele@gmail.com
**Screen/User Name**: Top__FL
**Additional Information:** User-provided account information:
       Full Name: TopFL
       Description: "join the discord to purchase young young no limit
https://discord.ggXErXb56G"
**Number of Uploaded Files**: 2

**Uploaded File (1)**
Title: rH-ltchWECsw8Uri.mp4
Reviewed by ESP
Video Description: A six second (0:06) video of a minor female, approximately 10 to 12 years old. In the video, the female's upper body can be seen wearing a pink bra. The female turns to face the camera and exposes her left breast. Superimposed over the video are texts reading, "Kik: TopFL_" and "Telegram: TopFL4", and a "Shh" emoji placed over the female's left breast attempting to obscure it.

**Uploaded File (2)**
Title: Top__FL-1628855486131892231-2023-03-22-19-39-27-50159060.zip
Information about review not provided by ESP

24.     Cyber Tipline Report 159267326 was submitted by Twitter to NCMEC on or about

March 23, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 01-10-2023 00:29:16 UTC
**Email Address**: nahkel223@gmail.com
**Screen/User Name**: nahkel223
**Additional Information:** User-provided account information:
        Full Name: tttt
        Description: "If the group chat not working dm, http://t.me/TopFL2 to buy content"
**Number of Uploaded Files**: 1

**Uploaded File (1)**
Title: nahkel223-1612607429048418304-2023-03-23-21-22-22-50235200.zip
Information about review not provided by ESP

25.     Cyber Tipline Report 159354661 was submitted by Twitter to NCMEC on or about

March 25, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 12-28-2022 03:27:02 UTC
**Email Address**: poopym307@gmail.com
**Screen/User Name**: PytProvider5
**Additional Information:** User-provided account information:
        Full Name: Poopy Man
        Description: "5[th] account, y'all come fast because I won't be here forever.
http://t.me/TopFl"
**Number of Uploaded Files**: 2

**Uploaded File (1)**
Title: PytProvider5-1607941137792131073-2023-03-25-02-48-17-50340940.zip

Information about review not provided by ESP

**Uploaded File (2)**
Title: _ovEMuOp.jpg
Reviewed by ESP
Photo Description: An image which appears to be the Twitter user's profile picture. This image does not meet the definition of child pornography. This picture is the same as the other suspected profile pictures in the above-referenced CT Reports.

26.     Cyber Tipline Report 159355513 was submitted by Twitter to NCMEC on or about

March 25, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 01-14-2023 21:34:13 UTC
**Email Address**: king376200@gmail.com
**Screen/User Name**: KingTopFL
**Additional Information:**  User-provided account information:
       Full Name: King
       Description: "y'all join this group chat to get pyt, https://t.me/+W7_t8dKxz3l5NGEx"
**Number of Uploaded Files**: 1

**Uploaded File (1)**
Title: KingTopFL-1614375266477809666-2023-03-25-02-59-03-50341708.zip
Information about review not provided by ESP

27.     Cyber Tipline Report 159383104 was submitted by Twitter to NCMEC on or about

March 25, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 12-28-2022 01:11:24 UTC
**Email Address**: poopyman585@gmail.com
**Screen/User Name**: PytProvider4
**Additional Information:**  User-provided account information:
       Full Name:  Poopy Man
       Description:  "4th account, y'all shop while I'm still here. http://t.me/TopFL Everything is
       10 dollars!"
**Number of Uploaded Files**: 2

**Uploaded File (1)**
Title: PytProvider4-1607906980298891272-2023-03-25-02-49-23-50340954.zip
Information about review not provided by ESP

**Uploaded File (2)**
Title: ERR4qf2d.jpg

14

Reviewed by ESP
Photo Description: An image which appears to be the Twitter user's profile picture. This image does not meet the definition of child pornography. This picture is the same as the other suspected profile pictures in the above-referenced CT Reports.

28.     Cyber Tipline Report 159940665 was submitted by Twitter to NCMEC on or about

April 7, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 04-02-2023 06:26:16 UTC
**Email Address**: somehappypower@icloud.com
**Screen/User Name**: SoldMomForRi
**Additional Information:** User-provided account information:
        Full name: AlexanderTheGreat
        Description: "Moortje"
**Number of Uploaded Files**: 1

**Uploaded File (1)**
Title: SoldMomForRi-1431492631452921856-2023-04-07-03-39-19-51141233.zip
Information about review not provided by ESP

29.     Cyber Tipline Report 160400818 was submitted by Twitter to NCMEC on or about

April 15, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 03-22-2023 22:44:43 UTC
**Email Address**: poopooper024@gmail.com
**Screen/User Name**: PYTGoddesses
**Number of Uploaded Files**: 2

**Uploaded File (1)**
Title: PllWWDoZ_HDLLnu_.mp4
Reviewed by ESP
Video Description: A four second (0:04) video of a minor female, approximately six to eight years old and an adult male. In the video, the minor female can be seen lying on her back with the adult male holding her legs up with one hand, and her pants and underwear pulled up around her knees and ankles. The adult male appears to be completely nude. The video has been edited with the bottom of the frame cropped out so it cannot be determined if penile-vaginal or penile-anal penetration is occurring. Another FBI Special Agent in this field office who also investigates cases involving child exploitation believes he has seen the same video in a previous investigation and recalled it met the definition of child pornography. Superimposed over the video are texts reading, "TopFL" and "Discord: TopFL#0504".

**Uploaded File (2)**

Title: PYTGoddesses-1637850932179263512-2023-04-15-12-37-54-51677784.zip
Information about review not provided by ESP

**Webpage/URL**
URL: https://twitter.com/PYTGoddesses/status/1638673086865358848
Additional Information: Type: Tweet
Text: Selling PYT | Join the server to see the menu and purchase the no limit
https://t.co/Kl6ylkX5Wm #pyt #pyteens #pytblack #pytyoung https://t.co/qgIxCdLirl
Created At: 2023-03-22T22:44:43+00:00

30.    Cyber Tipline Report 160416365 was submitted by Twitter to NCMEC on or about

April 15, 2023, with the following related information:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: 04-04-2023 18:27:13 UTC
**Email Address**: topfl3955@gmail.com
**Screen/User Name**: topfl3955
**Additional Information:** User-provided account information:
      Full Name: The Greatest
      Description: "https://discord.gg/msycUV9a"
**Number of Uploaded Files**: 2

**Uploaded File (1)**
Title: topfl3955-1642886237466816522-2023-04-15-15-00-18-51686289.zip
Information about review not provided by ESP

**Uploaded File (2)**
Title: 7u5wy7W58CC7VdVW.mp4
Reviewed by ESP
Video Description: A three second (0:03) video of two minor females, approximately 10 to 12 years old, standing next to each other facing the camera. In the video, the females' shorts or pants can be seen on the floor around their ankles. Superimposed over the entirety of the females' bodies is a "Shh" emoji, with only their heads exposed. Also superimposed on the video are texts reading, "TopFL" and "Discord: TopFL#0504".

**Webpage/URL**
URL: https://twitter.com/PYTGoddesses/status/1638673086865358848
Additional Information: Type: Tweet
Text: She fr made her sister strip * shocked emoji* join discord to purchase more *fire emoji* #nsfw #nsfwtwt #nsfwtw #pussy #Latina #boobs # tits #porn #latino #anal #ass #horny #anime #thick #fatass #freaky #cum #pyt #pytlinks #loli https://t.co/isFc4LBEop
Created At: 2023-04-04T18:27:13+00:00

16

31.     Accompanied with the above-referenced CT Reports, NCMEC included the following language related to the viewing of flagged or submitted content:

File Tag(s): Automated file categorization is based on NCMEC's review of uploaded files in this report OR a "Hash Match" of one or more uploaded files to visually similar files that were previously viewed and categorized by NCMEC at the time a PDF of this report was generated.

32.     Based on the communications reported by Twitter and my training and experience, it is likely the Twitter account is being utilized to sell or distribute child pornography, and based on all of the foregoing, there is probable cause to believe that a further review of the images and information outlined in the NCMEC reports will reveal additional images of child pornography or provide evidence of possession, distribution, advertisement, or sale of such.

## CONCLUSION

33.     From my training and experience, I know that the consistent use of the "Shh" emoji throughout the aforementioned CT Reports, along with the "hash-tagged" words in the Twitter profiles' Tweets, indicates the user of the Twitter accounts likely possesses media which meets the definition of child pornography and indicates an intent or attempt to sell said child pornography. Additionally, I know that Telegram, Kik, and Discord are applications commonly used by individuals possessing child pornography to distribute and trade their files with other possessors of child pornography. These applications are commonly utilized because they offer their users increased online anonymity through various encryption and account registration methods. Therefore, there is probable cause to believe that the files the ISP uploaded in connection with the CT Reports 157183751, 158812207, 158849624, 158853023, 158853243, 158853318, 158943537, 158943645, 159211255, 159267326, 159354661, 159355513, 159383104, 159940665, 160400818, and 160416365 contain images/videos of child pornography.

34.     Based on the foregoing information, probable cause exists to believe there is located inside the files that the ISP uploaded in connection with the above NCMEC CyberTipline reports, evidence of violations of Title 18, United States Code, Section 2252A(a)(2), Receipt and Distribution of Child Pornography; Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography or Access with Intent to View Child Pornography; and Title 18, United States Code, Section 2252A(a)(4)(B), Selling or Intent to Sell Child Pornography.  Your Affiant prays upon his honorable court to issue a search warrant for the items set forth in attachment "B" (which is attached hereto and incorporated herein by reference), that constitute evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2252A(a)(2), Receipt and Distribution of Child Pornography; Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography or Access with Intent to View Child Pornography; and Title 18, United States Code, Section 2252A(a)(4)(B), Selling or Intent to Sell Child Pornography.

Respectfully submitted,

Warren W. Rooney (telephonically)
Warren W. Rooney
Special Agent, Federal Bureau of
Investigation

Subscribed and sworn to before me this 24th day of July, 2023.

Honorable Barry A. Bryant
United States Magistrate Judge

18